UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLFO GUTIERREZ PRECIADO,<br><br>  Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, *Secretary, Department of Homeland Security, in his official capacity*, et al.,<br><br>  Defendants. | Case No. 21-cv-1666-MMA (KSC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On April 25, 2022, the Court ordered Plaintiff Adolfo Gutierrez Preciado ("Plaintiff") to show cause as to why this case should not be dismissed for: (1) failure to timely complete service on the United States pursuant to Federal Rule of Civil Procedure 4(m); and (2) failure to prosecute pursuant to Civil Local Rule 41.1(a). *See* Doc. No. 7 (the "OSC"). Plaintiff has responded to the OSC in writing, demonstrating good cause for his past failures. *See* Doc. No. 8. Accordingly, the Court **DISCHARGES** the OSC.

**IT IS SO ORDERED**.

Dated: July 22, 2022

HON. MICHAEL M. ANELLO
United States District Judge