# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLFO GUTIERREZ PRECIADO,<br><br>                        Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, *Secretary, Department of Homeland Security, in his official capacity*, et al.,<br><br>                        Defendants. | Case No. 21-cv-1666-MMA (KSC)<br><br>**ORDER GRANTING UNOPPOSED MOTION TO DISMISS**<br><br>[Doc. No. 12] |

On September 22, 2021, Plaintiff Adolfo Gutierrez Preciado ("Plaintiff") initiated this action challenging the denial of his naturalization application by U.S. Citizenship and Immigration Services. *See* Doc. No. 1. On July 18, 2022, Defendants filed a motion to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). *See* Doc. No. 12. The Court set the motion for hearing on August 29, 2022, and accordingly, Plaintiff's deadline to file a response in opposition was August 15, 2022. *See* CivLR 7.1e.2 (stating that "each party opposing a motion . . . must file that opposition or statement of non-opposition . . . not later than fourteen (14) *calendar* days prior to the noticed hearing"). Plaintiff has not yet filed an opposition brief or a statement of non-

opposition in response to Defendants' motion to dismiss, and the time for doing so has long since expired. *See* Docket.

The Ninth Circuit has held that a district court may grant an unopposed motion to dismiss where a local rule permits, but does not require, it to do so. *See generally Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995). Here, Civil Local Rule 7.1.f.3.c provides, "[i]f an opposing party fails to file the papers in the manner required by Civil Local Rule 7.1.e.2, that failure may constitute a consent to the granting of a motion or other request for ruling by the court." As such, the Court has the option of granting Defendants' motion on the basis of Plaintiff's failure to oppose.[1] Generally, public policy favors disposition of cases on their merits. *See Hernandez v. City of El Monte*, 138 F.3d 393, 399 (9th Cir. 1998). However, a case cannot move forward toward resolution on the merits when the plaintiff fails to defend his or her complaint against a Rule 12 motion. Accordingly, the Court **GRANTS** Defendants' unopposed motion to dismiss, and **DISMISSES** Plaintiff's claims as to all Defendants without prejudice. The Court **DIRECTS** the Clerk of Court to close the case and to terminate all pending motions, deadlines, and hearings.

**IT IS SO ORDERED**.

Dated: October 4, 2022

HON. MICHAEL M. ANELLO
United States District Judge

---

[1] Moreover, Plaintiff's failure to comply with the provisions of Civil Local Rule 7.1.e.2 constitutes a failure to comply with the provisions of this Court's Local Rules, which serves as an additional basis for dismissal under Civil Local Rule 41.1.b.